RAYMOND F. MOATS, ESQ. (State Bar No. 165199)
colcaecf@weltman.com
**Weltman, Weinberg & Reis Co., L.P.A.**
175 South Third Street, Suite 900
Columbus, OH 43215
Telephone:  (614) 857-4325
Facsimile:  (614) 222-2193

Attorney for Movant
Citizens Automobile Finance, Inc.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 6:09-bk-31870-TD |
| Tara C. Steele and Morgan G. Steele, | CHAPTER 13 |
| Debtor(s). | |
| Citizens Automobile Finance, Inc., | **NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| vs. | |
| Tara C. Steele and Morgan G. Steele, Debtors, and Rod (TD) Danielson, Trustee | |
| Respondents. | |

Creditor, Citizens Automobile Finance, Inc., hereby gives Notice that it withdraws its

Motion for Relief from the Automatic Stay [Docket No.15], filed on November 24, 2009.

Dated: <u>January 6, 2010</u>

<u>/s/ Raymond F. Moats, III</u>
Raymond F. Moats, III (165199)
**Weltman, Weinberg & Reis Co., L.P.A.**
175 S. Third Street, Suite 900
Columbus, OH  43215
(614) 857-4325   (614) 222-2193 Facsimile
Attorneys for Citizens Automobile Finance, Inc.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 6, 2010, a copy of the foregoing Notice of Withdrawal was served on the following parties in interest by **pre-paid regular U.S. Mail**:

TARA C STEELE
PO BOX 2273
TEMECULA, CA 92593

MORGAN G STEELE
PO BOX 2273
TEMECULA, CA 92593

JAMES T LILLARD
41707 WINCHESTER RD, STE 205
TEMECULA, CA 92590

ROD (TD) DANIELSON
4361 LATHAM STREET, SUITE 270
RIVERSIDE, CA 92501

UNITED STATES TRUSTEE (RS)
3685 MAIN STREET, SUITE 300
RIVERSIDE, CA 92501


/s/ Raymond F. Moats, III
RAYMOND F. MOATS, III