| Attorney or Party Name, Address, Telephone & FAX Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Elizabeth A. Schneider, SBN 154471<br>4361 Latham Street, Suite 270<br>Riverside, CA 92501-1749<br>(951) 826-8000  FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | ORIGINAL |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER  6: 09-bk-31870-TD |
|---|---|
| In re:<br><br>TARA C. STEELE and<br>MORGAN G. STEELE<br><br>Debtor(s). | (No Hearing Required) |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT
☐ DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY
☐ DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY
☐ OTHER: _____

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on ___03/03/10___ as docket entry number ___#26___, recommends:

☐ APPROVAL

☐ APPROVAL on the following conditions:
_____    ☐ See attached sheet.

☐ DISAPPROVAL for the following reasons:
_____    ☐ See attached sheet.

☒ Set for hearing. The amended modification proposes to pay the Citizens Automobile Finance through the Chapter 13 plan; neither the original modification nor the amended modification were served on the affected creditor. Once service is effected, the Chapter 13 Trustee recommends the amended plan modification be approved as follows. **Recommendation: extend 0; suspend 0; the plan payment increase from $1,700 to $2,500 starting with the 3/10 payment for 25 months; starting 4/12 the plan payment increases to $3,776 for the remainder of the plan. The percent remains the same at 100%. The claim of Citizens Auto shall be paid @ 9.95% at $$681.90 per month.**

Dated:  03/15/10                                                   _/s/ Rod Ord_
                                                                   Chapter 13 Trustee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

July 2008                                                                                F 3015-1.13

| In re: STEELE | Debtor(s). | CHAPTER 13 |
|---|---|---|
| | | CASE NUMBER 6: 09-bk-31870-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4361 Latham Street, Suite 270; Riverside, CA 92501-1749

The foregoing document described **TRUSTEE'S COMMENTS ON OR OBJECTION TO DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___03/15/10___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

lillardj@msn.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___3-16-10___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Tara C. Steele; Morgan G. Steele; P.O. Box 2273; Temecula, CA 92593

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ___3-16-10___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Thomas B. Donovan
U.S. Bankruptcy Court, Riverside Division
3420 Twelfth Street
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3-16-10 | Susan Jones | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                     F 9013-3.1