| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James T. Lillard, SBN 114400<br>Cristiano & Lillard<br>41707 Winchester Road, Suite 205<br>Temecula, CA 92590<br><br>(951) 296-0053<br>(951) 296-0063 Fax | **FILED & ENTERED**<br><br>**OCT 02 2014**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY hawkinso DEPUTY CLERK** |
| ☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtors*<br>☐ *Chapter 13 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*Riverside* DIVISION**

| In re:<br><br>TARA C STEELE<br>MORGAN G STEELE | CASE NO.: 6:09-bk-31870-SY<br>CHAPTER: 13 |
|---|---|
| | **ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:** |
| | ☒ No hearing held<br>☐ Hearing held<br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |
| Debtor(s). | |

Based on Debtor's motion filed on (*date*) 9/9/2014 as docket entry number 103 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☒   Granted        ☐   Denied

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

☐    Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion

☐    Granted on the following conditions:

☐    Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: October 2, 2014

_____
Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.